(February 4, 1946.)

In the Matter of DAVID DUBINSKY, as President of the International Ladies' Garment Workers' Union, an Unincorporated Association, against JOSEPH LOVE, INC. In the Matter of JOSEPH LOVE, INC., against DAVID DUBINSKY, as President of the International Ladies' Garment Workers' Union, an Unincorporated Association.— Motion for an order directing the affirmance of the order and judgment herein and vacating the prior determination and order of this court, and for other relief, denied.  Present — Martin, P. J., Townley, Callahan and Peck, JJ.  [See *ante*, p. 267.]

(February 8, 1946.)

In the Matter of the Arbitration between AMALGAMATED WATCH, CLOCK AND TIME INSTRUMENT WORKERS, LOCAL 121 OF THE INTERNATIONAL JEWELRY WORKERS UNION, A. F. L., by ANTHONY R. SCARANO, President, Appellant, and JAEGER WATCH COMPANY, INC., Respondent.

*Per Curiam.*  Petitioner, a labor union, appeals from an order denying its motion to confirm an arbitrators' award.  The arbitration was had pursuant to a labor contract between petitioner and respondent.  The respondent challenged the award and confirmation was denied upon the ground that the award contained provisions beyond the issue submitted to arbitration under the contract.

We find that paragraphs 3 and 5-b of the award do go beyond the issue submitted under the contract, but that these paragraphs do not affect the merits of the decision upon the matters submitted.  Accordingly, the award should be modified by deleting paragraphs 3 and 5-b and, as so modified, the award should be confirmed (Civ. Prac. Act, § 1462-a; *Matter of Marchant and Mead-Morrison Mfg. Co.*, 226 App. Div. 397, mod. 252 N. Y. 284).

The order appealed from should be reversed, without costs, and the motion granted in conformity with this opinion.

Martin, P. J., Townley, Glennon, Cohn and Peck, JJ., concur.

Order unanimously reversed, without costs, and the motion granted in conformity with opinion.  Settle order on notice.

In the Matter of EQUITABLE TRADING CORPORATION, Petitioner, against JOHN F. O'CONNELL et al., Constituting the State Liquor Authority, et al., Respondents.— Determination of the State Liquor Authority of the State of New York unanimously annulled, without costs, and the matter remitted to the said authority with directions to hold a rehearing and thereafter to take such proceedings as it may deem proper not inconsistent with the opinion of the Court of Appeals in *Matter of Colonial Liquor Distributors* v. *O'Connell* (295 N. Y. 129, decided January 17, 1946).  Settle order on notice.  Present — Martin, P. J., Townley, Cohn and Callahan, JJ.